UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JOHN DOE, | No. C 10-04756 MEJ |
| Plaintiff, | **ORDER DESIGNATING CASE FOR INCLUSION IN E-FILING PROGRAM** |
| v. | |
| GRAHM L. CODER, et al., | |
| Defendants. | |
| _____/ | |

As Plaintiff states that he is a practicing attorney with PACER and ECF accounts, this case is hereby designated for inclusion in the e-filing program pursuant to General Order 45 (see the Court's Electronic Case Filing website - ecf.cand.uscourts.gov).

When filing papers that require the Court to take any action, the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by the close of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy." **ALL CHAMBERS COPIES MUST INCLUDE ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM. ELECTRONICALLY FILED DOCUMENTS MUST BE CITED IN ALL OTHER DOCUMENTS AS FOLLOWS: DKT#__ AT __.**

**IT IS SO ORDERED.**

Dated: October 27, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge