United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | No. C-10-4756 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| GRAHM L. CODER, et al., | |
| Defendants. | |

By order filed November 30, 2010, the Court dismissed plaintiff's complaint with leave to amend to file, no later than December 14, 2010, a First Amended Complaint in which plaintiff discloses his true name. Plaintiff has not filed a First Amended Complaint.

Accordingly, the instant action is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: December 16, 2010

_____
MAXINE M. CHESNEY
United States District Judge